IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DORIAN K. WIGGINS**     **PLAINTIFF**
**#68544**

v.     Case No: 4:23-cv-01117-LPR

**USA**     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 3) and the Petitioner's Objections (Doc. 4). After a *de novo* review of the RD, along with careful consideration of the Petitioner's Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice. All requested relief is denied. Petitioner's pending Motion for Leave to File (Doc. 5) and Motion for Leave to Proceed *in forma pauperis* (Doc. 6) are DENIED as moot.

IT IS SO ORDERED this 1st day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There are two exceptions. First, Petitioner's trial is now scheduled for May 21, 2024, rather than March 25, 2024. *See* Recommended Disposition (Doc. 3) at 2; *United States v. Wiggins*, Case No. 4:22-cr-00175-DPM, Docket Entry 57 (Mar. 7, 2024). This date change does not materially affect the Court's analysis. Second, because the Court will dismiss the Petition without prejudice, the Court declines to enter Judgment on the Respondent's behalf.