## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DORIAN K. WIGGINS**                                                                        **PLAINTIFF**
**#68544**

v.                                    Case No: 4:23-cv-01117-LPR

USA                                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE